UNITED STATES DISTRCT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC 10 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:20CR00807 SEP/NCC |
| JOHN ALVIN WITHOUSE, JR., | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about the June 12, 2020, in Perry County, Missouri, within the Eastern District of Missouri, the defendant,

**JOHN ALVIN WITHOUSE, JR.,**

with intent to defraud, did pass to an employee at Rozier's Food Center, a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of one hundred dollars, Serial No. FB86698628A, which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

### COUNT II

On or about the June 14, 2020, in Perry County, Missouri, within the Eastern District of Missouri, the defendant,

**JOHN ALVIN WITHOUSE, JR.,**

with intent to defraud, did pass to an employee at Rozier's True Value Hardware, a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of one hundred dollars, Serial No. FB86698628A, which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

## COUNT III

Between about June 12, 2020 and June 15, 2020, in Perry County, within the Eastern District of Missouri, the defendant,

**JOHN ALVIN WITHOUSE, JR.,**

with intent to defraud, did counterfeit falsely make, forge, and alter an obligation of the United States, that is, a falsely made, forged and counterfeited one-hundred-dollar Federal Reserve Note, Serial No. FB86698628A.

In violation of Title 18, United States Code, Section 471.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JENNIFER J. ROY #47203MO
Assistant United States Attorney

2